**NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000423
26-DEC-2023
08:42 AM
Dkt. 30 ODSD**

NO. CAAP-23-0000423

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

KAIMANA KALAELOA OWNER, LLC, Plaintiff-Appellee, v.
GAFATASI MUAFONO; MEAGAN TORRES, aka MEAGAN K.K. TORRES; and
NATHAN YADAO, aka NATHAN T. YADAO, Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
WAI‘ANAE DIVISION
(CIVIL NO. 1DRC-23-0001431)

ORDER DISMISSING APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and Guidry, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before September 18, 2023, and October 17, 2023, respectively;

(2) Self-represented Defendants-Appellants Gafatasi Muafono, Meagan Torres a.k.a. Meagan K.K. Torres, and Nathan Yadao a.k.a. Nathan T. Yadao (**Appellants**) failed to file either document or request an extension of time;

(3) On November 1, 2023, the appellate clerk entered a default notice informing Appellants that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on November 13, 2023, for appropriate action, which could include dismissal of the appeal under Hawai‘i Rules of Appellate Procedure Rules 12.1(e) and 30, and Appellants could request relief from default by motion; and

(4) Appellants have not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, December 26, 2023.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge